No. 24,724.

JOEL BARRETT, *Petitioner*, v. F. H. FOSTER, Bank Commissioner
(CARL J. PETERSON, substituted), *Respondent.*

OPINION ON REHEARING.

Original proceeding in mandamus. Opinion filed March 8, 1924. (For
original opinion see 114 Kan. 804.) Former opinion adhered to.

*Robert Stone, George T. McDermott, Robert L. Webb, Beryl R. Johnson,*
all of Topeka, and *A. M. Casten,* of Quenemo, for the plaintiff.

*Charles B. Griffith,* attorney-general, *John G. Egan, W. C. Ralston,* assistant
attorneys-general, and *J. B. Larimer,* of Topeka, for the defendant.

The opinion of the court was delivered by

HARVEY, J.: The material questions argued on the rehearing have
been passed upon in the original opinion herein (114 Kan. 804), or
in former opinions of this court pertaining to the bank guaranty law.
We, therefore, adhere to our original opinion and direct that judg-
ment be entered for defendant.